

**A CERTIFIED TRUE COPY**

JAN - 5 2007

ATTEST

**FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JUDGE PRESKA

E-filing

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DEC 20 2006

FILED
CLERK'S OFFICE

07 CV 167

S/led
SDNY
1/9/07

DOCKET NO. 1780

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE DIGITAL MUSIC ANTITRUST LITIGATION*

FILED
JAN 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Kevin Starr v. Sony BMG Music Entertainment, et al.,* N.D. California,
  C.A. No. 3:06-3801 BZ
*Charles Amamgbo v. Sony BMG Music Entertainment, et al.,* N.D. California,
  C.A. No. 3:06-3927

### CONDITIONAL TRANSFER ORDER (CTO-5)

On August 16, 2006, the Panel transferred five civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 17 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Loretta A. Preska.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Preska.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable Loretta A. Preska.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

**RECEIVED**

JAN 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

J. Michael McMahon
Clerk
USDC ND OF CALIFORNIA

Date: 01/09/2007

In Re: ANTITRUST LITIGATION

MDL   1780

Your Docket #

3:06-3801

S.D. OF N.Y.

07-167

Dear Sir:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge PRESKA for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon


By: PHYLLIS ADAMIK
MDL Unit